LAWRENCE J. HILTON (State Bar No. 156524)
lhilton@onellp.com
ONE LLP
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff
STATE BANK OF TEXAS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE BANK OF TEXAS, a Texas state-chartered bank, as successor-in-interest to the original lender,<br><br>Plaintiff,<br><br>v.<br><br>SAM PARABIA, an individual; and PERIN PARABIA, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:14-cv-3031-L-DHB<br><br>**DECLARATION OF LAWRENCE J. HILTON IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY CLERK AGAINST DEFENDANT FARZIN MORENA**<br><br>[Plaintiff's Request for Entry of Default by Clerk against Defendant Farzin Morena filed concurrently herewith] |

I, Lawrence J. Hilton, declare as follows:

1. I am a partner at the law firm of One LLP, counsel for plaintiff State Bank of Texas ("State Bank"). I am the attorney who has been primarily responsible for representing State Bank in this action. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of State Bank's Request for Entry of Default by Clerk against defendant Farzin Morena ("Morena").

1
**DECLARATION OF HILTON ISO REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT FARZIN MORENA**

3. On July 8, 2016, State Bank caused to be served on Morena the Verified Second Amended and Supplemental Complaint for Judicial Foreclosure on Deed of Trust ("Second Amended Complaint"). As the proof of service filed with the Court on July 18, 2016 (Dkt. No. 67) shows, Mario Gomez of Nationwide Legal, LLC, on behalf of State Bank, personally served summons and Second Amended Complaint on Morena at his residence at 11 Merrill Hill, Ladera Ranch, California on July 8, 2016, at 7:04 a.m. A true and correct copy of said Proof of Service (Dkt. No. 67) is attached hereto as Exhibit A.

4. More than twenty-one days have now passed since defendant Morena was served with the Second Amended Complaint on July 8, 2016, yet Morena has not, as of the date of this declaration, filed a responsive pleading. Therefore, it is appropriate for the Clerk of Court to enter Morena's default in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 3, 2016 at Newport Beach, California.

/s/ Lawrence J. Hilton
Lawrence J. Hilton

# CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2016, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

         /s/ Lawrence J. Hilton
              Lawrence J. Hilton