| | |
|---|---|
| LAWRENCE J. HILTON (State Bar No. 156524)<br>lhilton@onellp.com<br>ROBERT D. HUNT (State Bar No. 247802)<br>rhunt@onellp.com<br>JOHN M. WHELAN (State Bar No. 174928)<br>ONE LLP<br>4000 MacArthur Boulevard<br>East Tower, Suite 500<br>Newport Beach, California 92660<br>Telephone: (949) 502-2870<br>Facsimile: (949) 258-5081<br><br>Attorneys for Plaintiff<br>STATE BANK OF TEXAS | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE BANK OF TEXAS, a Texas state-chartered bank, as successor-in-interest to the original lender,<br><br>    Plaintiff,<br><br>    v.<br><br>SAM PARABIA, an individual;<br>PERIN PARABIA, an individual,<br>FARZIN MORENA, an individual,<br>CITIZENS BUSINESS BANK, a California corporation;<br>AYER CAPITAL ADVISORS, INC., a New York corporation; and<br>DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:14-cv-03031-L-DHB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS SAM PARABIA, PERIN PARABIA, FARZIN MORENA, AND AYER CAPITAL ADVISORS, INC.**<br><br>[Plaintiff's Memorandum of Points and Authorities in support of Motion; Declaration of Lawrence J. Hilton; Declaration of Chan Patel; Proposed Judgement filed concurrently herewith]<br><br>Date: November 21, 2016<br>Time: 10:30 a.m.<br>Courtroom: 5B<br><br>Judge: Hon. M. James Lorenz<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

---

1

**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 21, 2016, at 10:30 a.m., in Courtroom 5B of the above titled Court, located at the Edward J. Schwartz U.S. Courthouse, 221 West Broadway, San Diego, California 92101, Plaintiff State Bank of Texas ("State Bank"), will and hereby does move the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for a Default Judgment against Defendants Sam Parabia, Perin Parabia, Farzin Morena, and Ayer Capital Advisors, Inc.[1] No oral argument will be heard unless requested by the Court.

This motion is brought on the grounds that defendants Sam Parabia, Perin Parabia, Farzin Morena, and Ayer Capital Advisors, Inc. have been duly-served with summons and State Bank's Verified Second Amended and Supplemental Complaint for Judicial Foreclosure on Deed of Trust ("SAC"), but each of these defendants has failed to file a response to Plaintiff's SAC, resulting in the Clerk's entry of default as to Sam Parabia (on July 13, 2016), Perin Parabia (same), Ayer Capital Advisors, Inc. (same), and Farzin Morena (on August 5, 2016).

None of these four Defendants is a minor, an incompetent person, in military service, or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940. Notice of this Motion for Entry of Default Judgment, and all supporting papers, has been served on Sam Parabia and Perin Parabia via the Court's CM/ECF system. Even though they have not appeared in this Action, Plaintiff will also attempt to serve this Notice, and all supporting papers, on Ayer Capital Advisors, Inc. and Farzin Morena at least 7 days before the hearing, and Plaintiff will file the proofs of service if it is able to serve them. The details regarding the judgment

---

[1] Plaintiff is not currently requesting a default judgment against Citizens Business Bank because that Defendant filed an Answer to Plaintiff's Second Amended Complaint. (*See* Dkt. No. 60-2.) However, Plaintiff is concurrently filing a Motion for Summary Judgment or Partial Summary Judgment Against Citizens Business Bank.

1
**NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT JUDGMENT**

| | |
|---|---|
| 1 | sought is set forth in the Declaration of Lawrence J. Hilton and the Declaration of |
| 2 | Chan Patel filed concurrently herewith. |
| 3 |     This motion is supported by this notice and motion, the Memorandum of |
| 4 | Points and Authorities filed concurrently herewith, and the Declarations of |
| 5 | Lawrence J. Hilton and Chan Patel filed concurrently herewith, together with the |
| 6 | pleadings and papers that have already been filed with the Court, and upon such |
| 7 | other matters as may be presented to the Court prior to the time of the hearing. |

Dated: September 19, 2016      **ONE LLP**

By: */s/ Robert D. Hunt*
    Robert D. Hunt
    Lawrence J. Hilton
    John M. Whelan
    Attorneys for Plaintiff,
    STATE BANK OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2016, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Robert D. Hunt*
Robert D. Hunt