

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State Bank of Texas, a Texas state-chartered bank, as successor-in-interest to the original lender<br><br>**Plaintiff,**<br><br>V.<br><br>Sam Parabia, an individual; Perin Parabia, an individual; Farzin Morena an individual; Ayer Capital Advisors, Inc., a New York corporation<br><br>**Defendant.** | Civil Action No.   14-cv-03031-L-DHB<br><br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Default Judgment shall forthwith be entered for Plaintiff State Bank of Texas against Defendants Sam Parabia and Perin Parabia, Farzin Morena, and Ayer Capital Advisors, Inc. Defendants Parabia are indebted, jointly and severally, to Plaintiff State Bank of Texas as follows: principal in the amount of $1,434,752.51; interest at the rate of $404.65 per day for the period from November 8, 2014 to April 27, 2015, and at the rate of $408.51 per day for the period from April 28, 2015 to the date of entry of this Judgment; the actual costs of foreclosure to be determined after the sale; attorneys' fees and costs in the amount of $92,906.90; and interest at the rate of ten percent (10%) per annum from the date of entry of judgment.

Date:        9/15/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/  S. Tweedle

S. Tweedle, Deputy